IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:23-cr-10 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(m)) |
| | ) | |
| GRANT WILLIAMS | ) | |

## INFORMATION

## COUNT ONE

The United States Attorney charges:

Between on or about March 10, 2021, and on or about March 3, 2022, in the Western District of Pennsylvania, the defendant, GRANT WILLIAMS, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, to wit: the defendant, GRANT WILLIAMS, failed to record the disposition of a Century Arms model DRACO NAK9, 9mm caliber pistol, bearing serial number RON2048292.

In violation of Title 18, United States Code, Section 922(m).

## COUNT TWO

The United States Attorney further charges:

Between on or about June 28, 2020, and on or about January 13, 2022, in the Western District of Pennsylvania, the defendant, GRANT WILLIAMS, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, to wit: the defendant, GRANT WILLIAMS, failed to record the disposition of a Smith & Wesson model M&P 380 Shield EZ, .380 caliber pistol, bearing serial number NFR7680.

In violation of Title 18, United States Code, Section 922(m).

## **COUNT THREE**

The United States Attorney further charges:

Between on or about March 6, 2020, and on or about April 26, 2022, in the Western District of Pennsylvania, the defendant, GRANT WILLIAMS, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, to wit: the defendant, GRANT WILLIAMS, failed to record the disposition of a Kimber model Micro 9, 9 mm caliber pistol, bearing serial number PB0279336.

In violation of Title 18, United States Code, Section 922(m).

## **COUNT FOUR**

The United States Attorney further charges:

Between on or about July 14, 2021, and on or about October 21, 2021, in the Western District of Pennsylvania, the defendant, GRANT WILLIAMS, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, to wit: the defendant, GRANT WILLIAMS, failed to record the disposition of a Smith & Wesson model 442, .38 caliber revolver, bearing serial number DPD8085.

In violation of Title 18, United States Code, Section 922(m).

## COUNT FIVE

The United States Attorney further charges:

Between on or about June 23, 2020, and on or about January 31, 2022, in the Western District of Pennsylvania, the defendant, GRANT WILLIAMS, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, to wit: the defendant, GRANT WILLIAMS, failed to record the disposition of a Ruger model AR-556, 5.56 caliber rifle, bearing serial number 857-94015.

In violation of Title 18, United States Code, Section 922(m).

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227


_____
BRENDAN J. MCKENNA
Assistant United States Attorney
PA ID No. 314315