IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-10 |
| GRANT WILLIAMS | |

**GOVERNMENT'S POSITION WITH RESPECT TO
<u>SENTENCING FACTORS</u>**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said district, submitting as follows:

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

<u>/s/ *Brendan J. McKenna*</u>
BRENDAN J. MCKENNA
Assistant United States Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
PA ID No. 314315