IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-10 |
| ) | |
| GRANT WILLIAMS ) | |

## JOINT STATUS REPORT ON SENTENCING

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said district, along with defendant Grant Williams, by and through his attorney, Stephen Misko, and hereby submit the following Joint Status Report.

After conferring on the matter, the parties agree that an evidentiary hearing is not required to resolve any matter in dispute at the time of sentencing.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

s/ *Brendan J. McKenna*
BRENDAN J. MCKENNA
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
PA Bar No. 314315

s/ *Stephen Misko*
STEPHEN MISKO, Esquire
Counsel for the Defendant
P.O. Box 1592
Cranberry Twp., PA 16066
PA Bar No. 59999