IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:23-cr-10-MRH |
| | : | |
| GRANT WILLIAMS | : | |

**<u>LETTERS IN SUPPORT OF DEFENDANT AT SENTENCING</u>**

AND NOW, comes the Defendant, Grant Williams, by and through his attorney, Stephen Misko, Esquire, and respectfully files the following Letters in Support of Defendant at Sentencing from the following individuals:

- Debra Finucan          -   Fiancé
- Cheryl Williams        -   Sister
- Mark Williams          -   Brother
- Theresa Williams       -   Sister-in-Law
- Madeleine Dietrich     -   Cousin
- Melanie Dietrich       -   Friend
- Lily Dietrich          -   Friend
- Elizabeth Stegner      -   Friend
- Douglas Tapager        -   Friend
- Janie Griffith         -   Friend
- April Benge            -   Friend
- Joseph Rupprecht       -   Friend
- Patricia Appel         -   Friend
- Robert Phillips        -   Friend
- Kyra Phillips          -   Friend
- Caroline Keller        -   Friend
- Jessica Yonushonis     -   Friend
- Gary McCall            -   Friend
- Jeffrey Lassinger      -   Friend
- Alexander Lassinger    -   Friend
- Ellen Albrecht         -   Friend

- Sue Finucan         -    Friend
- Heather Finucan     -    Friend
- Travis Kriley       -    Friend
- April Serakowski    -    Friend
- Ann Ramsey          -    Friend
- Lisa Hicks          -    Friend
- Ruthane Durso       -    Friend
- Terry Finafrock     -    Friend
- Virginia Donovan    -    Personal Banker

The Supreme Court in *Gall v. United States,* 128 S.Ct. 586 (2007), held that character letters should be considered by the sentencing court as a mitigating factor via the sentencing factors outlined in 18 U.S.C. § 3553(a).

WHEREFORE, the Defendant, Grant Williams, respectfully requests that this Honorable Court consider the attached letters when imposing sentence herein.

**Respectfully submitted,**

*s/ Stephen Misko*
**Stephen Misko, Esq.
PA I.D. No. 59999
pennlawllc@gmail.com**

**Attorney for Defendant,
Grant Williams**